UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| X ONE, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>S.C. INNOVATIONS, INC.,<br><br>    Defendant. | Case No.19-mc-80141-VKD<br><br>**ORDER DENYING MOTION TO COMPEL WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 1 |

On May 29, 2019, movant X One, Inc. ("X One") filed a motion to compel compliance with a third-party subpoena issued to S.C. Innovations, Inc. ("S.C. Innovations"). Dkt. No. 1. That motion recites that X One issued the subpoena to S.C. Innovations in the course of litigating the underlying action, *X One, Inc. v. Uber Technologies, Inc.*, Case No. 16-cv-6050-LHK (N.D. Cal.) ("the *Uber* matter"). *See id.* at 1, 3. X One does not explain why it filed its motion to compel in a separate action as opposed to filing it in the *Uber* matter.

Because it appears that X One's motion is more properly brought before the discovery referral magistrate judge in the *Uber* matter, the Court denies X One's motion without prejudice so that X One may re-file its motion in the *Uber* matter.

**IT IS SO ORDERED.**

Dated: June 3, 2019

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge